# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0048.  PADEN BROWNLOW v. BRITTANY BARRETT.**

Paden Brownlow filed an action against his ex-wife, seeking to modify the custody, visitation, and child support provisions of their divorce decree. The superior court dismissed the case for lack of personal jurisdiction, and Brownlow filed this application for discretionary review.

The issues in this case arise out of the child support provisions of a divorce decree. Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, child support is a form of alimony. Appellate jurisdiction over actions to modify a divorce decree's child support provisions, therefore, lies in the Supreme Court. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010). Accordingly, this application is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*